COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Certain Underwriters at Lloyd's of London Subscribing to Cover Note
                         Number: FINFR0901509  v. Cardtronics, Inc.

Appellate case number:   01-13-00165-CV

Trial court case number: 2011-68592

Trial court:             334th District Court of Harris County, Texas

Certain Underwriters at Lloyd's of London Subscribing to Policy Number: FINFR0901509 have filed a petition for permissive appeal, which is not opposed by Cardtronics, Inc. The petition for permissive appeal is **GRANTED**.

A notice of appeal is deemed to have been timely filed by Certain Underwriters at Lloyd's of London Subscribing to Policy Number: FINFR0901509 under TEX. R. APP. P. 26.1(b). *See* TEX. R. APP. P. 26.1(b), 28.3(k). A separate notice of appeal need not be filed. *See* TEX. R. APP. P. 28.3(k). This appeal is governed by the rules for accelerated appeals. *See id.*

The Clerk of this Court is instructed to file a copy of this order with the trial court clerk.

It is so ORDERED.

Judge's signature:  **/s/ Harvey Brown**
                    Acting for the Court
                    Panel consists of Chief Justice Radack and Justices Higley and Brown

Date:  March 12, 2013